# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JEFFREY E. BRANDLIN

PLAINTIFF(S),

v.

FIRST NATIONAL BANK OF OMAHA

DEFENDANT(S).

CASE NUMBER:

8:21−cv−00130 JLS (DFMx)

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

_X_   Due to clerical error, this case was improperly assigned to the  _Southern_  Division of this District. Pursuant to General Order 19-03 this case is hereby transferred to the  _Western_  Division for all further proceedings.

       Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __ Division.

       This case has been reassigned to case number  _2:21−cv−00715 VAP (SKx)_  and has been assigned to  _Judge Virginia A. Phillips_  for all further proceedings.

       Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge Steve Kim_  for:

       _X_  any discovery and/or post-judgment matters that may be referred.

            for all proceedings in accordance with General Order 05-07.

       All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _2:21−cv−00715 VAP (SKx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

       **Please be advised that no further filings may be made under case number  _8:21−cv−00130 JLS (DFMx)_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                                                        Clerk, U.S. District Court

                                                                                        By:  _/s/ Luz Hernandez_
                                                                                         _luz_hernandez@cacd.uscourts.gov_
                                                                                           Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*

G–73 (03/19)  NOTICE OF INTRA–DISTRICT TRANSFER BY CLERK OF COURT